# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| Northern Bottling Co., Inc., | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| PepsiCo, Inc., | ) | Case No. 4:15-cv-133 |
| Defendant. | ) | |

The court conducted status conference with the parties by telephone on January 5, 2017. Pursuant to the parties' discussions, all pretrial deadlines shall be suspended pending further order of the court. The parties shall submit a status report to the court by February 6, 2017.

**IT IS SO ORDERED.**

Dated this 5th day of January, 2017.

>                              */s/ Charles S. Miller, Jr.*
>                              Charles S. Miller, Jr., Magistrate Judge
>                              United States District Court