# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| Northern Bottling Co., Inc., | ) | |
| --- | --- | --- |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| PepsiCo, Inc., | ) | Case No. 4:15-cv-133 |
| Defendant. | ) | |

The court conducted status conference with the parties by telephone on January 5, 2017. Pursuant to the parties' discussions, the court issued an order (1) suspending pretrial deadlines pending further order, and (2) directing the parties to submit a status report of their settlement negotiations by February 6, 2017.

On February 6, 2017, the parties filed a joint status report in they requested that the court extend the suspension of pretrial deadlines for an additional 21 days as their negotiations are ongoing. The court grants the parties' request and directs them to file another joint status report by February 27, 2017.

**IT IS SO ORDERED.**

Dated this 6th day of February, 2017.

                                                        */s/ Charles S. Miller, Jr.*
                                                        Charles S. Miller, Jr., Magistrate Judge
                                                        United States District Court