# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Northern Bottling Co., Inc., | ) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| PepsiCo, Inc., | ) Case No. 4:15-cv-133 |
| Defendant. | ) |

On February 27, 2017, the parties filed a joint status report in which they requested that the court extend the suspension of pretrial deadlines for an additional 10 days. The court **GRANTS** the parties' request and directs them to file another joint status report by March 10, 2017.

**IT IS SO ORDERED.**

Dated this 28th day of February, 2017.

                                              */s/ Charles S. Miller, Jr.*
                                              Charles S. Miller, Jr., Magistrate Judge
                                              United States District Court