**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Northern Bottling Co., Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Pepsico, Inc., | ) | Case No. 4:15-cv-133 |
| | ) | |
| Defendant. | ) | |

On December 22, 2016, the parties filed a motion to amend the scheduling order. On January 5, 2017, the court held a status conference with the parties on January 5, 2017. Pursuant to the parties' discussions, the court issued an order suspending all pretrial deadlines to allow for settlement negotiations. On March 8, 2017, the parties filed a "Joint Status Report" in which they advised that no settlement had been reached and requested that the court revise the pretrial deadlines.

Accordingly, the court **GRANTS** the parties' motion to amend the scheduling order (Docket No. 30). The pretrial deadlines shall be **AMENDED** as follows:

1. The Parties shall have until June 30, 2017, to complete fact discovery and file discovery motions;

2. The Plaintiff shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) by July 24, 2017;

3. The Defendant shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) by August 25, 2017.

4. The parties shall have until October 30, 2017, to file dispositive motions.

The final pretrial conference set for August 20, 2017, shall be rescheduled for April 10, 2018, at

1

11:00 AM by telephone before the undersigned. The court shall initiate the conference call. The jury trial scheduled for September 11, 2017, shall be rescheduled for April 23, 2018, at 1:30 p.m. at the United States Courthouse in Bismarck before Judge Hovland. A five (5) day trial is anticipated.

**IT IS SO ORDERED.**

Dated this 29th day of March, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court