# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Northern Bottling Co, Inc., | ) |
| Plaintiff, | ) **ORDER RE ADMISSION** |
| | ) **PRO HAC VICE** |
| vs. | ) |
| Pepsico, Inc., | ) |
| | ) Case No. 4-15-cv-133 |
| Defendant. | ) |

Before the court is a motion for attorney Michelle M. Sullivan to appear *pro hac vice* on plaintiff's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Sullivan has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. Attorney Sullivan has also paid the required admission fees to the office of the Clerk. Accordingly, the current motion (Docket No. 40) is **GRANTED**. Attorney Sullivan is admitted to practice before this court in the above-entitled action on behalf of the plaintiff.

**IT IS SO ORDERED.**

Dated this 9th day of June, 2017.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge