# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Northern Bottling Co., Inc., ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Pepsico, Inc., ) | Case No. 4:15-cv-133 |
| ) | |
| Defendant. ) | |

Before the court is an "Agreed Motion to Amend Scheduling Order" filed by the parties on August 3, 2017. The parties are seeking to extend the deadlines for filing their respective responses and replies to the pending discovery motions.

The motion (Doc. No. 62) is **GRANTED**. The parties shall have until August 23, 2017, to file their responses to the discovery motion and until August 30, 2017, to file their respective replies.

**IT IS SO ORDERED.**

Dated this 4th day of August, 2017.

                  */s/ Charles S. Miller, Jr.*
                  Charles S. Miller, Jr., Magistrate Judge
                  United States District Court