**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION**

| | | |
|---|---|---|
| **NORTHERN BOTTLING CO., INC.,** | ) | Case No. 4:15-CV-00133 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Judge Daniel L. Hovland** |
| | ) | **Magistrate Judge Charles S. Miller, Jr.** |
| **PEPSICO, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**MOTION FOR LEAVE TO WITHDRAW
<u>ATTORNEY KEVIN REIDY AS COUNSEL FOR DEFENDANT PEPSICO, INC.</u>**

Pursuant to Local Rule 1.3(F), Kevin Reidy hereby moves for leave to withdraw his appearance in the above-captioned matter previously entered on behalf of Defendant PepsiCo, Inc. Attorneys from the law firms of Riley Safer Holmes & Cancila, LLP and Zuger, Kirmis & Smith will continue to represent PepsiCo, Inc., in this matter.

Dated:  February 2, 2018

*/s/ Kevin Reidy*
Kevin Reidy (*pro hac vice*)
RILEY SAFER HOLMES & CANCILA LLP
Three First National Plaza
70 West Madison Street, Suite 2900
Chicago, IL 60602
(312) 471-8700
kreidy@rshc-law.com

*Attorney for Defendant PepsiCo, Inc.*

**CERTIFICATE OF SERVICE**

 I hereby certify that on February 2, 2018, the following document:

MOTION FOR LEAVE TO WITHDRAW ATTORNEY KEVIN REIDY AS COUNSEL FOR DEFENDANT PEPSICO, INC.

was filed via CM/ECF which automatically generated notice of this filing to the following counsel of record:

| | |
|---|---|
| Thomas B. Quinn (*pro hac vice*)<br>Sondra Hemeryck (*pro hac vice*)<br>Patricia Mathy (*pro hac vice*)<br>RILEY SAFER HOLMES & CANCILA LLP<br>Three First National Plaza<br>70 West Madison Street, Suite 2900<br>Chicago, IL 60602<br>(312) 471-8700<br>tquinn@rshc-law.com<br>shemeryck@rshc-law.com<br>pmathy@rshc-law.com<br><br>Patrick J. Ward<br>John E. Ward<br>ZUGER KIRMIS & SMITH<br>316 North 5th Street<br>P.O. Box 1695<br>Bismarck, ND 58502-1695<br>(701) 223-2711 (Telephone)<br>pward@zkslaw.com<br>jward@zkslaw.com | James Ragain<br>RAGAIN & COOK, PC<br>3936 Avenue B, Suite A-2<br>Billings, MT 59102<br>(406) 651-8888<br>jim@ragaincook.com<br><br>Michelle M. Sullivan<br>SULLIVAN MILLER LAW PLLC<br>3860 Avenue B, Suite C East<br>Billings, MT 59102<br>(406) 403-7066<br>michelle.sullivan@sullivanmiller.com<br><br>Rodney Pagel<br>PAGEL WEIKUM, PLLP<br>1715 Burnt Boat Dr., Madison Ste Bismarck, ND 58503<br>(701) 250-1369<br>rpagel@pagelweikum.com |

 Dated this February 2, 2018.

            */s/ Kevin Reidy*
            Kevin Reidy