# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Northern Bottling Co., Inc., | ) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Pepsico, Inc., | ) Case No. 4:15-cv-133 |
| Defendant. | ) |

Before the court is a "Motion to Amend Scheduling Order" filed by plaintiff on April 4, 2018. There being no objection from defendant, the court **GRANTS** the motion (Doc. No. 82) and **AMENDS** the pretrial deadlines as follows:

1. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

    a. Plaintiff shall provide the names of expert witnesses and complete reports by June 15, 2018; and

    b. Defendant shall provide the names of expert witnesses and complete reports by August 2, 2018.

2. The parties shall have until October 5, 2018, to file dispositive motions (summary judgment as to all or part of the case).

**IT IS SO ORDERED.**

Dated this 18th day of April, 2018.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court