# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Northern Bottling Co., Inc., | ) | |
| Plaintiff, | ) | **ORDER GRANTING MOTION** |
| | ) | **TO FILE UNDER SEAL** |
| vs. | ) | |
| PepsiCo, Inc., | ) | |
| | ) | Case No. 4:15-cv-133 |
| Defendant. | ) | |

Before the Court is Defendant's Unopposed Motion Seeking Leave to File Under Seal filed October 19, 2018. (Doc. No. 87). Defendant moves to file its Memorandum in Support of its Motion for Summary Judgment and certain exhibits cited therein under seal because they contain confidential information. The court **GRANTS** the motion (Doc. No. 87) and **ORDERS** that the filing of unredacted version of the summary judgment motion along with exhibits marked confidential be filed under seal.

**IT IS SO ORDERED.**

Dated this 22nd day of October, 2018.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court