# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Northern Bottling Co., Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| PepsiCo., Inc., | ) | Case No. 4:15-cv-133 |
| | ) | |
| Defendant. | ) | |

The court held an status conference with the parties by telephone on November 1, 2018. Pursuant to their discussions, the court **ORDERS**:

1. Plaintiff shall have until November 30, 2018, to file a response to defendant's motion for summary judgment.

2. Defendant shall have until December 21, 2018, to file a reply in support of its motion for summary judgment.

3. The final pretrial conference set March 19, 2019, shall be rescheduled for September 16, 2019, at 2:00 p.m. by telephone before the magistrate judge. The court shall initiate the conference call.

4. The jury trial set for April 1, 2019, shall be rescheduled for September 23, 2019, at 9:00 a.m. in Bismarck (courtroom #2) before Chief Judge Hovland. A ten (10) day trial is anticipated.

Dated this 1st day of November, 2018.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court